UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOCUSIGN, INC.,<br>        Plaintiff,<br>   v.<br>SKYSLOPE, INC.,<br>        Defendant. | Case No.  14-cv-04993-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 02/12/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | 05/08/2015 |
| Fact Discovery Cut-Off | 11/24/2015 |
| Disclosure of Expert Reports | 11/24/2015 |
| Rebuttal Expert Disclosures | 02/15/2016 |
| Last Day to File Dispositive Motions | 04/14/2016 |
| Expert Discovery Cut-Off | 03/15/2016 |
| Last Day to Hear Dispositive Motions | 06/02/2016 at 9:00 a.m. |
| Final Pretrial Conference | 09/29/2016 at 2:30 p.m. |
| Trial | 10/17/2016 at 9:00 a.m. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

6 Dated:  February 12, 2015

_____
BETH LABSON FREEMAN
United States District Judge